UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
KLS DIVERSIFIED MASTER FUND, L.P.,      :
:
                              Plaintiff,      :
:      19-cv-3774 (LJL)
     -v-      :
:      ORDER
SEAN MCDEVITT,      :
:
                             Defendant.      :
:
-----------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      This case has been randomly reassigned to me for all purposes. It is hereby:

      ORDERED that the parties shall submit a joint letter to the Court updating the Court on the status of the case no later than March 6, 2020. Pursuant to Paragraph 1(A) of the Court's Individual Practices in Civil Cases (available at https://www.nysd.uscourts.gov/hon-lewis-j-liman.), parties should file the letter on ECF and should not submit courtesy copies. The letter should describe the status of discovery in the case and the status of any settlement discussions.

      Unless otherwise notified by the Court, the deadlines set by the Court on January 13, 2020 for summary judgment briefing and oral argument remain in effect. Dkt. No. 22.

Dated: February 20, 2020
       New York, New York

                                                  LEWIS J. LIMAN
                                                  United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/20/2020