USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/10/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
KLS DIVERSIFIED MASTER FUND, L.P., :
:
Plaintiff, :
: 19-cv-3774 (LJL)
-v- :
: ORDER
SEAN MCDEVITT, :
:
Defendant. :
:
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

The Court is in receipt of the status letter submitted by the parties. *See* Dkt. No. 28.

A status conference is scheduled for March 18, 2020 at 3:00 p.m. in Courtroom 15C of the U.S. District Court for the Southern District of New York, 500 Pearl Street, New York, New York.

Counsel for Plaintiff is ordered to notify all counsel of this Order.

SO ORDERED.

Dated: March 10, 2020
New York, New York

_____
LEWIS J. LIMAN
United States District Judge