```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/16/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
            :
KLS DIVERSIFIED MASTER FUND, L.P.,          :
            :
            :
                        Plaintiff,          :
            :                  19-cv-3774 (LJL)
            -v-                :
            :                  ORDER
SEAN MCDEVITT,          :
            :
            :
                        Defendant.          :
            :
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The Court is in receipt of the parties' motions for summary judgment.  *See* Dkt. Nos. 39, 42.  Oral argument is scheduled on the motions for December 4, 2020 at 11:00 a.m.  The parties are directed to dial into the Court's teleconference line at 888-251-2909, Access Code 2123101, and follow the necessary prompts.


Dated: November 19, 2020                    _____
       New York, New York                            LEWIS J. LIMAN
                                                United States District Judge