```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
KLS DIVERSIFIED MASTER FUND, L.P.,                               :
                                                                 :
                            Plaintiff,                           :
                                                                 :         19-cv-3774 (LJL)
        -v-                                                      :
                                                                 :            ORDER
SEAN MCDEVITT,                                                   :
                                                                 :
                            Defendant.                           :
                                                                 :
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/28/2020

LEWIS J. LIMAN, United States District Judge:

As discussed at the December 28, 2020 conference, the parties shall file a joint letter by January 8, 2021 as to whether they jointly consent to referral to the magistrate judge for final decision on the issues of damages and attorneys' fees. Plaintiff shall also file its motion and supporting memorandum and any declarations in support of summary judgment on damages and attorneys' fees by January 8, 2021. (The briefing on attorneys fees shall be limited to the reasonableness of the fee request, Defendant having conceded Plaintiff's contractual entitlement to an award of reasonable attorneys' fees.) Defendant shall file his opposition and any supporting declarations by January 22, 2021, and Plaintiff shall file its reply by January 29, 2021. Both parties consent to the issues of damages and attorneys fees being determined by the Court notwithstanding any prior request for a jury trial.

SO ORDERED.

Dated: December 28, 2020
       New York, New York                    _____
                                             LEWIS J. LIMAN
                                             United States District Judge