UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
                                          :
KLS DIVERSIFIED MASTER FUND, L.P.     :
                                          :    Case No. 19-CV-3774 (LJL)(DCF)
                  Plaintiff,         :
                                          :
vs.                                           :
                                          :
SEAN McDEVITT,                         :
                                          :
                  Defendant.        :
                                          :
                                          :
------------------------------------- X

## ~~PROPOSED~~ ORDER OF JUDGMENT

This matter having come before the Court upon the motion of Plaintiff, KLS Diversified Master Fund, L.P., for Summary Judgment on the amount of damages, including attorney's fees and costs, pursuant to Rule 56 of the Federal Rules of Civil Procedure;

**WHEREAS**, the parties each moved the Court for summary judgment on Plaintiff's claim for breach of contract; and

**WHEREAS**, by Opinion and Order dated December 15, 2020, the Court granted Plaintiff's motion and denied Defendant's motion; and

**WHEREAS**, Plaintiff made the motion for Summary Judgment on the amount of damages, referred to above; and

**WHEREAS,** defendant Sean McDevitt opposed the motion; and

**WHEREAS**, the Honorable Lewis J. Liman, U.S.D.J., issued an Opinion and Order dated April 2, 2021, granting Plaintiff's Motion in part, denying it in part, and awarding Plaintiff damages in the amount of $3,330,000.00 plus interest, attorney's fees, and costs.

**IT IS HEREBY ORDERED AND ADJUDGED**, that judgment is entered in favor of Plaintiff, KLS Diversified Master Fund, L.P., and against Defendant, Sean McDevitt, in the amount of $3,330,000.00, plus interest as follows:

    a) $279,913.69 representing Note rate interest (4%) compounded quarterly, from inception (1/9/17) through maturity (1/9/19); plus

    b) Post maturity, pre-judgment interest at $832.50 daily from 1/10/19 through entry of judgment; plus

    c) Post-judgment interest at the applicable statutory rate (*see* 28 U.S.C. § 1961) through satisfaction;

    d) and that Plaintiff have execution therefor; and

**IT IS FURTHER ORDERED**, that Plaintiff is awarded attorney's fees and costs totaling $1,174,125.60, plus post-judgment interest at the applicable statutory rate (*see* 28 U.S.C. § 1961) and that Plaintiff have execution therefor; and

**IT IS FURTHER ORDERED**, that judgment shall be entered by the clerk for the total amount as set forth and computed above.

Dated: _____April 12_____, 2021

_____
Clerk of the Court

*[signature]*
LEWIS J. LIMAN
United States District Judge