```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
KLS DIVERSIFIED MASTER FUND, L.P.,                           :
                                                             :
                           Plaintiff,                        :
                                                             :         19-cv-3774 (LJL)
           -v-                                               :
                                                             :              ORDER
SEAN MCDEVITT,                                               :
                                                             :
                           Defendant.                        :
                                                             :
-------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __1/3/2022__

LEWIS J. LIMAN, United States District Judge:

    Defendant is directed to respond to the papers at Dkt. No. 108 by January 4, 2022, at 5:00 p.m.

    SO ORDERED.

Dated: January 3, 2022
       New York, New York

                                          LEWIS J. LIMAN
                                     United States District Judge