UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__1/6/2022___
```

--------------------------------------------------------------------X
                               :

KLS DIVERSIFIED MASTER FUND, L.P.,        :

                  Plaintiff,        :

                               :         19-cv-3774 (LJL)

       -v-                      :

                               :          ORDER

SEAN MCDEVITT,                    :

                  Defendant.     :

--------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      Plaintiff's submission due January 7, 2022 should also make whatever substantive arguments it has in response to the two arguments made in Defendant's motion for modification of the restraining notices.  Defendant shall be permitted a brief reply due on January 10, 2022. In addition, if Defendant would like the Court to consider any of the substantive terms of the LSM Policy, it must file it on ECF by close of business today, January 6, 2022.

      SO ORDERED.

Dated: January 6, 2022
      New York, New York          _____
                                  LEWIS J. LIMAN
                            United States District Judge