```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/11/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
KLS DIVERSIFIED MASTER FUND, L.P.,                                 :
:
                Plaintiff,                                  :
:     19-cv-3774 (LJL)
    -v-                                                            :
:     ORDER
SEAN MCDEVITT,                                                     :
:
                Defendant.                                  :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      Plaintiff's motion to compel post-judgment discovery, Dkt. No. 108, is denied as moot in light of Plaintiff's submission at Dkt. No. 119 withdrawing the request. The parties are permitted to file supplemental briefs no later than 5:00 p.m. on January 13, 2022, addressed to the question whether Plaintiff has a "right or interest" in the property sought to be attached and how the discovery and the insurance policy might bear on that question.

      SO ORDERED.

Dated: January 11, 2022
       New York, New York
                                                 LEWIS J. LIMAN
                                         United States District Judge