USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/18/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
: 
KLS DIVERSIFIED MASTER FUND, L.P.,  :
:
Plaintiff,  :
: 19-cv-3774 (LJL)
-v-  :
: ORDER
SEAN MCDEVITT,  :
:
Defendant.  :
:
-------------------------------------------------------------------- X

LEWIS J. LIMAN, United States District Judge:

The parties are invited to file supplemental briefing by 6:00 p.m. on January 20, 2022, addressed to the following questions:

1. Whether—under the LSM insurance policy, the details of any agreement between WHSB and LSM or McDevitt, and relevant case law—the right to payment for WHSB's legal services in connection with McDevitt's defense runs directly from WHSB to LSM, with McDevitt as a third-party beneficiary, or whether the right to payment for WHSB's legal services runs from WHSB to McDevitt, with LSM obligated to reimburse McDevitt for such costs that he incurs; and
2. Whether the New York Court of Appeals' decision in *Seider v. Roth*, 216 N.E.2d 312 (N.Y. 1966), with respect to automobile liability insurance remains good law and whether it has any applicability to the D&O insurance at issue in this case.

The briefing shall be by single-spaced letter not to exceed three pages and shall be filed on ECF.

SO ORDERED.

Dated: January 18, 2022                             _____
       New York, New York                                      LEWIS J. LIMAN
                                                            United States District Judge